**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRENDAN NGWA NFORBI,**<br><br>Plaintiff,<br><br>v.<br><br>**SANTIAGO MEZA-GONZALEZ (CHP Badge #023295), in his individual capacity; JOSE MELANO (CHP Badge #023054), in his individual capacity; and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No. 3:26-cv-08271-CRB<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>[Civil L.R. 7-3(d), 7-11]<br><br>Judge: Hon. Charles R. Breyer<br>Hearing: December 18, 2026<br>Time: 10:00 a.m. (Zoom Webinar)<br>Action Filed: August 10, 2026 |

Plaintiff Brendan Ngwa Nforbi's Administrative Motion for Leave to File a Sur-Reply to Defendants' Reply in Support of Motion to Dismiss and Motion to Strike (Dkt. 33) came before the Court under Civil Local Rules 7-3(d) and 7-11. Having considered the Motion, the supporting Declaration of Brendan Ngwa Nforbi, the proposed Sur-Reply attached as Exhibit A, and any response thereto, and good cause appearing,

IT IS HEREBY ORDERED that the Administrative Motion is GRANTED. The Sur-Reply attached as Exhibit A to the Motion is deemed filed as of the date of this Order and will be considered in connection with Defendants' Motion to Dismiss and Motion to Strike (Dkt. 22), set for hearing on December 18, 2026, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 24, 2026

**HONORABLE CHARLES R. BREYER**

UNITED STATES DISTRICT JUDGE